The Honorable J. Richard Creatura

FILED ___ LODGED
___ RECEIVED
OCT 11 2019
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BOBBY J. FULLER,

Defendant.

CASE NO. MJ19-5207

COMPLAINT for VIOLATION

18 U.S.C. § 2262(a)(1)

BEFORE United States Magistrate Judge J. Richard Creatura, Tacoma, Washington. The undersigned complainant being duly sworn states:

### Count 1
### (Interstate Violation of Protection Order)

Beginning at a time unknown, but no earlier than September 20, 2019, and continuing until on or about October 8, 2019, in Jefferson County, in the Western District of Washington, and elsewhere, the Defendant, BOBBY J. FULLER, was present within the special maritime and territorial jurisdiction of the United States, namely on Third Beach, in the Olympic National Park, on land acquired for the use of the United States and under its exclusive jurisdiction, with the intent to engage in conduct that violates the portion of a protection order issued by the New Kent Juvenile & Domestic Relations Court in the Commonwealth of Virginia, that provided protection against violence, threats, and harassment against, and prohibited contact and communication with the victim, B.C., and did subsequently engage in such conduct.

Complaint: *United States v. Fuller.* - 1
USAO #

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Section 2262(a)(1).

The undersigned complainant being duly sworn further states:

## AFFIANT'S BACKGROUND

1. I am a National Park Ranger currently serving at Olympic National Park in the Kalaloch Sub-District. I have been a federal law enforcement officer since 2015. I am a graduate of the Seasonal Law Enforcement Training Center at Northern Arizona University, the Land Management Police Training program, and the National Park Service Field Training program. During my time as a National Park Ranger, I have participated in a prior investigation involving domestic violence. I have also been a certified Emergency Medical Technician since 2007.

2. This affidavit is based upon my own personal observations, my training and experience, discussions with other Park Rangers and officers who are familiar with this investigation, and information collected during this investigation through, among other things, medical records, victim statements, and witness statements. Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts I believe are relevant to a fair determination of probable cause to believe that the Defendant, BOBBY J. FULLER, has committed the crime of Interstate Violation of a Protection Order in violation of Title 18, United States Code, Section 2262(a)(1).

3. This complaint and affidavit are being presented electronically pursuant to Federal Criminal Procedure Rule 4.1 and 41(d)(3).

## PROBABLE CAUSE

4. Beginning at a time unknown, but no earlier than September 20, 2019, and continuing until on or about October 8, 2019, witnesses reported that BOBBY J. FULLER and his girlfriend, B.C. (the protected party in a no contact order and victim), were camping on Third Beach, in the Olympic National Park. The beach lies at the end of a mile long trail within the Special Maritime and Territorial Jurisdiction of Olympic National Park.

Complaint: *United States v. Fuller.* - 2
USAO #

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5.   On or about October 8, 2019 at approximately 9:45 p.m., B.C. placed a 911 call, reporting that FULLER had physically assaulted her while they were on Third Beach. I, along with officers from the La Push Police Department and the Clallam County Sheriff's Office, responded to call. An Emergency Medical Services (EMS) crew from Forks Ambulance was also dispatched to the scene.

6.   While I was on route to Third Beach, B.C. placed a second 911 call, reporting that FULLER had assaulted her again and subsequently fled the beach.

7.   After arriving at the trailhead to Third Beach, Officers and EMS technicians located B.C. I joined the other agency units shortly after they located B.C. Following an evaluation by the EMT technicians, B.C. was transported to the Forks Hospital.

8.   I went to the hospital and met with B.C. I observed that B.C. had sustained multiple injuries to her head, wrists, hands, chest, and shoulders consisting of contusions, abrasions, swelling and bite marks. Blood was visible on B.C.'s hands and sweatshirt, her fingers were swollen and painful to move, a black eye began forming along the right eye, and abrasions were visible on her left temple and in her hair at the crown of her skull. At the hospital, B.C. reported that she lost consciousness during the altercation with FULLER and that she was suffering from altered vision.

9.   While at the hospital, I interviewed B.C. She explained that she had been dating FULLER for approximately two years. FULLER and B.C. first met in her home state of Virginia and lived together in Indiana during the winter of 2018 to 2019. According to B.C., FULLER is Bipolar and suffers from manic depression. B.C. explained that when FULLER is not taking his medication or consumes alcohol, he loses his self-control. B.C. stated that, while FULLER and B.C. were living in Indiana, FULLER struck her several times. When this happened, the police were called and FULLER was arrested for Domestic Battery.

10.  B.C. explained that during the summer of 2019 she and FULLER began dating again. In September 2019 they decided to move to the area surrounding Port

Complaint: *United States v. Fuller.* - 3
USAO #

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Angeles or Forks, Washington. B.C. stated that FULLER had connections to the region from fishing. B.C. and FULLER arrived in the area approximately two weeks earlier. After staying in a hotel in Port Angeles for a few nights, B.C. and FULLER set up camp at Third Beach.

11. According to B.C., earlier in the day on October 8, 2019, B.C. had traveled to Forks, Washington, to do laundry and obtain a free lunch with another camper, A.K. B.C. returned to the beach at approximately 4:30 p.m. B.C. explained that FULLER returned to the beach "near sunset," which would have been approximately 6:30 to 7:00 p.m. When FULLER returned, he had a pack of beer with him and had been drinking. B.C. explained that she drank several beers with FULLER, and they began to argue over money. The argument escalated, and FULLER grabbed B.C. by the hair. B.C. reported she tried to fight back, but FULLER threw her to the ground. B.C. stated she was struck multiple times with a closed fist, including one punch which broke her nose. B.C. noted that, following that punch, FULLER paused to set B.C.'s broken nose.[1] B.C. could not say how long the assault went on but said that it was worse than any other previous incident. B.C. told me that, at one point, FULLER pushed her face down into the sand, pressing all of his weight on top of her, forcing her to inhale sand.

12. After speaking to B.C., I interviewed A.K., who told me he had heard yelling from the site where B.C. and FULLER were camping. A.K. reported he was unable to clearly hear the argument because of the ocean, but that he did hear B.C. yell "stop" and "just stop."

13. On or about the morning of October 9, 2019, Officer Beheler and I proceeded to Third Beach along with an officer from La Push Police Department's Wildlife Division. We were unable to locate FULLER but did find the tent and campsite that B.C. and FULLER had utilized. A section of long brown hair, matching B.C.'s

---

[1] According to medical records obtained from Forks Hospital, along with the assessment of EMT technicians who responded to Third Beach, B.C.'s nose did not appear to be broken.

Complaint: *United States v. Fuller.* - 4
USAO #

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  length and color, was found on the surface of the sand, approximately ten feet from B.C.
2  and FULLER's green Ozark Trail tent. Possible blood spatter was observed on the rainfly
3  of the tent. We impounded the material at the site due to the amount of trash in the area
4  and open food not stored securely. During the inventory, I located tan khakis which I
5  believed to belong to FULLER. In law enforcement reports, FULLER is listed as 6'2 and
6  280 pounds. The tan khakis were far too big for B.C. I noted that the tan khakis had blood
7  stains on them. Inside the tent, investigators located self-registration camping permits
8  filled out in FULLER's name. Investigators also found prescription bottles containing
9  medication prescribed to FULLER.

10  14.   During her interview at the hospital, B.C. described the contents of the tent.
11  During the inventory, I noticed that several items that B.C. described were not present,
12  including a sleeping bag and additional camping supplies. The only other male clothing
13  found in the tent was a pair of Crocs sandals. Based on my training and experience, I
14  believe that FULLER may have visited the tent, taken these items, and left the area.

15  15.   I reviewed FULLER's criminal history, and determined that he has three
16  prior arrests for Domestic Battery: (1) on October 31, 2018 by Fort Wayne Police
17  Department; (2) on November 5, 2018 by the Allen County Sheriff Department, and (3)
18  on January 29, 2018 by the Allen County Sheriff Department. According to court records,
19  FULLER has two protective orders against him, issued in Indiana and Virginia.

20  16.   On September 4, 2019, a Protective Order was issued by the New Kent
21  Juvenile & Domestic Relations Court in the Commonwealth of Virginia, prohibiting
22  FULLER from "commit[ting] acts of family abuse or criminal offenses that result in
23  injury to person or property" and to "have no contact of any kind with" B.C. According
24  to its terms, the Protective Order was valid until March 4, 2020. FULLER received
25  personal service of the Protective Order on September 4, 2019.

26  17.   Additionally, on April 23, 2019, a No Contact Order was issued by the
27  Allen Superior Court in the State of Indiana, prohibiting FULLER from "committing any
28  further acts of abuse or threats to abuse" or committing "acts of harassment, stalking,

Complaint: United States v. Fuller. - 5
USAO #

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | intimidation, threats, and physical force of any kind" against B.C. According to its terms, the No Contact Order was valid until further order of the court.

## CONCLUSION

18. Based on the foregoing, I respectfully submit there is probable cause to conclude that BOBBY J. FULLER has committed the crime of Interstate Violation of a Protection Order in violation of Title 18, United States Code, Section 2262(a)(1).

TIM LUTTERMAN, Complainant
National Park Ranger

The above-named officer provided a sworn statement attesting to the truth of the foregoing affidavit by telephone on October 11, 2019. Based on the Complaint and Affidavit sworn to me, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

DATED this 11th day of October, 2019.

HON. J. RICHARD CREATURA
United States Magistrate Judge

Complaint: United States v. Fuller. - 6
USAO #

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970